No. 90–1044.   SEWELL PLASTICS, INC. *v.* COCA-COLA CO., DBA COCA-COLA USA, ET AL.   C. A. 4th Cir.   Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 90–1050.   FRIEDMAN *v.* UNITED STATES.   C. A. D. C. Cir.   Motion of petitioner for an order directing the United States to respond to petition for writ of certiorari denied.   Certiorari denied.

No. 90–1101.   LEIGHTON *v.* BEATRICE COS., INC., ET AL. Sup. Ct. Del.   Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 90–6155.   DOUGLAS *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 90–6266.   MARSHALL *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 90–6434.   PORTER *v.* FLORIDA.   Sup. Ct. Fla.;
No. 90–6445.   SILAGY *v.* PETERS, WARDEN.   C. A. 7th Cir.;
No. 90–6468.   GILLIAM *v.* MARYLAND.   Ct. App. Md.;
No. 90–6480.   REESE *v.* MISSOURI.   Sup. Ct. Mo.;
No. 90–6663.   RAMIREZ *v.* CALIFORNIA.   Sup. Ct. Cal.; and
No. 90–6668.   ROBINSON *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.   Reported below: No. 90–6155, 50 Cal. 3d 468, 788 P. 2d 640; No. 90–6266, 50 Cal. 3d 907, 790 P. 2d 676; No. 90–6434, 564 So. 2d 1060; No. 90–6445, 905 F. 2d 986; No. 90–6468, 320 Md. 637, 579 A. 2d 744; No. 90–6480, 795 S. W. 2d 69; No. 90–6663, 50 Cal. 3d 1158, 791 P. 2d 965; No. 90–6668, 165 Ariz. 51, 796 P. 2d 853.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.